**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "This Isn't Twilight," Copyright Reg. No. PA0001674560

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 173.168.202.202 | 2011-11-21 23:09:37 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 2 | 173.65.119.56 | 2011-11-06 19:15:34 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 3 | 173.65.154.210 | 2011-10-03 09:35:08 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 4 | 173.65.246.2 | 2011-10-24 19:17:49 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 5 | 173.65.68.10 | 2011-10-27 19:13:19 -0400 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 6 | 174.48.209.100 | 2011-10-17 00:38:00 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 7 | 174.48.236.79 | 2011-10-01 13:33:25 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 8 | 174.58.81.226 | 2011-10-21 14:31:26 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 9 | 184.91.161.174 | 2011-12-03 00:59:09 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 10 | 184.91.217.106 | 2011-11-29 15:10:20 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 11 | 208.8.125.52 | 2011-11-07 01:12:23 -0500 | Sprint | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 12 | 24.110.61.22 | 2011-12-04 20:13:27 -0500 | EarthLink | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 13 | 65.33.183.221 | 2011-10-31 00:17:10 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 14 | 67.191.50.147 | 2011-10-23 21:52:03 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 15 | 68.105.164.98 | 2011-11-03 19:04:50 -0400 | COX COMMUNICATIONS | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 16 | 68.200.158.118 | 2011-11-05 22:37:47 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 17 | 68.200.20.21 | 2011-11-27 23:08:03 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 18 | 68.202.160.127 | 2011-11-11 11:19:27 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 19 | 68.202.176.246 | 2011-11-10 23:35:30 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 20 | 68.205.155.221 | 2011-12-09 21:14:08 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 21 | 68.207.232.202 | 2011-11-30 21:16:03 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 22 | 70.119.206.217 | 2011-11-07 15:04:57 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 23 | 70.126.139.193 | 2011-10-22 07:09:39 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 24 | 70.126.184.118 | 2011-10-04 10:26:21 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 25 | 70.127.237.146 | 2011-11-01 04:23:21 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 26 | 70.191.254.42 | 2011-12-07 15:11:42 -0500 | COX COMMUNICATIONS | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 27 | 71.180.111.178 | 2011-11-09 21:52:44 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |

| Doe 28 | 71.180.94.148 | 2011-11-18 23:07:42 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 29 | 72.184.89.84 | 2011-12-01 17:14:55 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 30 | 72.187.223.147 | 2011-10-31 12:25:25 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 31 | 72.187.53.191 | 2011-11-14 07:41:28 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 32 | 72.189.46.0 | 2011-11-28 02:14:25 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 33 | 72.216.42.112 | 2011-12-12 09:01:14 -0500 | COX COMMUNICATIONS | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 34 | 76.101.33.162 | 2011-10-29 12:04:39 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 35 | 76.110.117.135 | 2011-10-03 23:54:28 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 36 | 76.111.195.43 | 2011-10-18 18:01:21 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 37 | 96.243.172.210 | 2011-11-13 13:08:21 -0500 | Verizon Internet Services | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 38 | 97.100.92.118 | 2011-11-03 08:40:00 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 39 | 97.102.150.177 | 2011-11-03 14:48:55 -0400 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 40 | 97.104.142.34 | 2011-11-20 00:57:58 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 41 | 97.78.5.183 | 2011-12-05 09:11:23 -0500 | Road Runner | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 42 | 98.162.171.44 | 2011-11-19 00:29:55 -0500 | COX COMMUNICATIONS | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |
| Doe 43 | 98.242.165.214 | 2011-10-09 21:09:25 -0400 | Comcast Cable | BitTorrent | 7ab97f1c835e92018d85d13e479f3935c1627162 |