# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE:  REASSIGNMENT OF CIVIL CASES        4:95mc40111

_____/

## ADMINISTRATIVE ORDER

Upon review of the papers filed in the cases listed herein, the court has <u>sua sponte</u> determined that these cases present common questions of law and fact such that they should be assigned to one district judge.[1]  Accordingly, the following cases shall be reassigned to Judge Robert Hinkle:

**TALLAHASSEE DIVISION CASES**[2]

| Case | Number |
|---|---|
| Digital Sin, Inc. v. Does 1-167 | 4:11-cv-00586-RS-WCS |
| Next Phase Distribution, Inc. v. Does 1-126 | 4:12-cv-00006-RS-WCS |
| SBO Pictures, Inc. v. Does | 4:12-cv-00026-RS-WCS |

**GAINESVILLE DIVISION CASES**

| Case | Number |
|---|---|
| Evasive Angles Entertainment v. Does 1-97 | 1:11-cv-00241-MP-GRJ |
| Elegant Angel, Inc. v. Does 1-87 | 1:11-cv-00243-MP-GRJ |
| Elegant Angel, Inc. v. Does 1-115 | 1:11-cv-00245-SPM-GRJ |
| Elegant Angel, Inc. v. Does 1-85 | 1:11-cv-00246-SPM-GRJ |
| Elegant Angel, Inc. v. Does 1-77 | 1:11-cv-00247-MP-GRJ |
| Media Products, Inc. v. Does 1-175 | 1:11-cv-00248-SPM-GRJ |
| Digital Sin, Inc. v. Does 1-150 | 1:11-cv-00280-MP-GRJ |
| Digital Sin, Inc. v. Does 1-131 | 1:11-cv-00281-SPM-GRJ |
| Exquisite Multimedia, Inc v. Does 1-178 | 1:12-cv-00002-MP-GRJ |
| Media Products, Inc. v. Does 1-43 | 1:12-cv-00003-MP-GRJ |
| Next Phase Distribution, Inc. v. Does 1-93 | 1:12-cv-00004-SPM-GRJ |
| Patrick Collins, Inc. v. Does 1-159 | 1:12-cv-00018-SPM-GRJ |
| Third Degree Films, Inc. v. Does 1-195 | 1:12-cv-00019-MP-GRJ |
| Media Productions, Inc. v. Does | 1:12-cv-00020-SPM-GRJ |
| SBO Pictures, Inc. v. Does | 1:12-cv-00021-MP-GRJ |

---

[1]  Currently, 28 similar cases have been filed and randomly assigned to four district judges.

[2]  Nine additional cases in the Tallahassee Division were randomly assigned to Judge Hinkle at filing.

Case 1:12-cv-00003-RH-GRJ   Document 7   Filed 02/06/12   Page 2 of 2

Page 2 of 2

The Clerk is directed to file a copy of this order in each case, and refer the case to the assigned Judge.

This order is entered with the concurrence of Judge Hinkle and all judges previously assigned to these cases.

**DONE AND ORDERED** this 6th day of February, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**